IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:08cr61-MHT |
| SHERRY FANNING and | ) | (WO) |
| KELLY FANNING | ) | |

OPINION AND ORDER

This case is before the court on the United States of America's unopposed motion to continue the trial of both defendants Sherry Fanning and Kelly Fanning. For the reasons set forth below, the court finds that jury selection and trial, now set for October 14, 2008, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy

Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the Fanning defendants in a speedy trial." § 3161(h)(8)(A). In granting such a continuance, the court shall consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(8)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the

2

reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and the Fanning defendants in a speedy trial. The government needs additional time to engage a handwriting expert to review Kelly Fanning's handwriting expert's report. The government indicates that the outcome of such review may be dispositive of the case against both defendants. In addition, both the government and the defendants need more time to negotiate.

This court's decision to grant a continuance is buttressed by the fact that neither defendant opposes the continuance.

Accordingly, it is ORDERED as follows:

(1) The United States of America's motion for continuance (Doc. No. 30) is granted.

(2) The jury selection and trial of defendants Sherry Fanning and Kelly Fanning, now set for October 14, 2008, are reset for February 23, 2009, at 10:00 a.m., at the G.W. Andrews Federal Building and Courthouse, 701 Avenue A, Opelika, Alabama.

DONE, this the 8th day of October, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**